UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 16-62548-CIV-MARTINEZ-GOODMAN

KENICKAY PRENDERGAST,

　　Plaintiff,

vs.

THE CBE GROUP, INC.,

　　Defendant.
_____/

**ORDER OF REFERENCE TO MAGISTRATE JUDGE
FOR PRELIMINARY STATUS CONFERENCE**

　　PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Jonathan Goodman** for a preliminary status conference.

　　DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSE E. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record